# IN THE UNITED STATES BANKRUPTCY COURT

## ST. PAUL DIVISION

| | |
|---|---|
| IN RE: | § Case No. : |
| ANDREW LAUFERS | § |
| LAUFERS NAOMI | § |
| | § |
| DEBTOR(S) | § |

### STATEMENT UNDER PENALTY OF PERJURY RE:
### PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☑ **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _/s/ Andrew Laufers_   Date: 6/10/19

*******************************************************************************

☐ **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☑ **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☑ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 2: _/s/ Naomi Laufers_   Date: 6/10/19

***IMPORTANT NOTE: Please make sure all SOCIAL SECURITY numbers, routing numbers and account numbers are redacted before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.

**Cordell Cordell**
A Domestic Litigation Firm
*A Partner Men Can Count On.®*

600 Kellwood Parkway
Suite 300
Chesterfield, MO 63017

**Pay Statement**
Period Start Date 03/23/2019
Period End Date 04/05/2019
Pay Date 04/12/2019
Document 16217
Net Pay $3,923.86

## Pay Details

| Andrew J Laufers | Employee Number | 003043 | Pay Group | Cordell Law, LLP | Federal Income Tax | M 6 |
| --- | --- | --- | --- | --- | --- | --- |
| 18480 Country Squires Circle | SSN | XXX-XX-XXXX | Location | Edina, MN | MN State Income Tax (Residence) | M 6 |
| Prior Lake, MN 55372 | Job | Sr. Litigation Attorney | Office Code | 040 - Edina | MN State Income Tax (Work) | M 6 |
| USA | Pay Rate | $67.2097 | Department | 014 - Attorneys | | |
| | Pay Frequency | Biweekly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Billed Hr Bonus | 0.0000 | $0.0000 | $0.00 | $8,500.00 |
| Group Term Life | | | $6.22 | $47.86 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,551.00 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,175.50 |
| Regular Pay | 48.0000 | $67.2097 | $3,226.07 | $36,210.55 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $4,450.00 |
| Time Off | 32.0000 | $67.2097 | $2,150.71 | $4,218.71 |
| Vitality Award | 0.0000 | $0.0000 | $0.00 | $110.00 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| 401K | Yes | $161.30 | $1,683.16 | $0.00 | $0.00 |
| 401k Loan | No | $37.66 | $301.28 | $0.00 | $0.00 |
| FSA - Medical | Yes | $112.50 | $787.50 | $0.00 | $0.00 |
| Group Term Life | No | $6.22 | $47.86 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $110.00 | $0.00 | $0.00 |
| Vision | Yes | $7.46 | $52.22 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $80.65 | $841.58 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $490.73 | $6,213.33 |
| Employee Medicare | $76.32 | $803.65 |
| Social Security Employee Tax | $326.31 | $3,436.28 |
| MN State Income Tax | $240.64 | $2,685.52 |

## Paid Time Off

## Net Pay Distribution

https://ew33.ultipro.com/handlers/WebPayStatementHandler.ashx?EEID=B1TKK904Q0K0...    5/2/2019

| | | Account Number | Account Type | Amount |
|---|---|---|---|---|
| | | xxx2792 | Checking | $346.15 |
| | | xxx0474 | Checking | $3,577.71 |
| | | Total | | $3,923.86 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| Current | $5,383.00 | $5,101.74 | $1,134.00 | $325.14 | $3,923.86 |
| YTD | $56,263.62 | $53,740.74 | $13,138.78 | $2,982.02 | $40,142.82 |

**Cordell Cordell**
A Domestic Litigation Firm
*A Partner Men Can Count On.*

600 Kellwood Parkway
Suite 300
Chesterfield, MO 63017

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 04/06/2019 |
| Period End Date | 04/19/2019 |
| Pay Date | 04/26/2019 |
| Document | 16498 |
| Net Pay | $3,923.87 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew J Laufers | Employee Number | 003043 | Pay Group | Cordell Law, LLP | Federal Income Tax | M 6 |
| 18480 Country Squires Circle | SSN | XXX-XX-XXXX | Location | Edina, MN | MN State Income Tax (Residence) | M 6 |
| Prior Lake, MN 55372 | Job | Sr. Litigation Attorney | Office Code | 040 - Edina | MN State Income Tax (Work) | M 6 |
| USA | Pay Rate | $67.2097 | Department | 014 - Attorneys | | |
| | Pay Frequency | Biweekly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Billed Hr Bonus | 0.0000 | $0.0000 | $0.00 | $8,500.00 |
| Group Term Life | | | $6.22 | $54.08 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,551.00 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,175.50 |
| Regular Pay | 80.0000 | $67.2097 | $5,376.78 | $41,587.33 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $4,450.00 |
| Time Off | 0.0000 | $0.0000 | $0.00 | $4,218.71 |
| Vitality Award | 0.0000 | $0.0000 | $0.00 | $110.00 |

Total Hours  80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $161.30 | $1,844.46 | $0.00 | $0.00 |
| 401k Loan | No | $37.66 | $338.94 | $0.00 | $0.00 |
| FSA - Medical | Yes | $112.50 | $900.00 | $0.00 | $0.00 |
| Group Term Life | No | $6.22 | $54.08 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $110.00 | $0.00 | $0.00 |
| Vision | Yes | $7.46 | $59.68 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $80.65 | $922.23 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $490.73 | $6,704.06 |
| Employee Medicare | $76.31 | $879.96 |
| Social Security Employee Tax | $326.31 | $3,762.59 |
| MN State Income Tax | $240.64 | $2,926.16 |

| Paid Time Off | Net Pay Distribution |
|---|---|

https://ew33.ultipro.com/handlers/WebPayStatementHandler.ashx?EEID=B1TKK904Q0K0...    5/2/2019

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2792 | Checking | $346.15 |
| xxx0474 | Checking | $3,577.72 |
| Total | | $3,923.87 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,383.00 | $5,101.74 | $1,133.99 | $325.14 | $3,923.87 |
| YTD | $61,646.62 | $58,842.48 | $14,272.77 | $3,307.16 | $44,066.69 |

**Cordell** Cordell
A Domestic Litigation Firm

600 Kellwood Parkway
Suite 300
Chesterfield, MO 63017

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 05/18/2019 |
| Period End Date | 05/31/2019 |
| Pay Date | 06/07/2019 |
| Document | 17198 |
| Net Pay | $3,923.87 |

## Pay Details

| | | | |
|---|---|---|---|
| Andrew J Laufers | Employee Number 003043 | Pay Group Cordell Law, LLP | Federal Income Tax  M 6 |
| 18480 Country Squires Circle | SSN XXX-XX-XXXX | Location Edina, MN | MN State Income Tax (Residence)  M 6 |
| Prior Lake, MN 55372 | Job Sr. Litigation Attorney | Office Code 040 - Edina | MN State Income Tax (Work)  M 6 |
| USA | Pay Rate $67.2097 | Department 014 - Attorneys | |
| | Pay Frequency Biweekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Billed Hr Bonus | 0.0000 | $0.0000 | $0.00 | $8,500.00 |
| Group Term Life | | | $6.22 | $72.74 |
| Holiday | 8.0000 | $67.2097 | $537.68 | $2,088.68 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,175.50 |
| Regular Pay | 72.0000 | $67.2097 | $4,839.10 | $57,179.99 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $4,450.00 |
| Time Off | 0.0000 | $0.0000 | $0.00 | $4,218.71 |
| Vitality Award | 0.0000 | $0.0000 | $0.00 | $110.00 |

Total Hours  80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $161.30 | $2,328.36 | $0.00 | $0.00 |
| 401k Loan | No | $37.66 | $451.92 | $0.00 | $0.00 |
| FSA - Medical | Yes | $112.50 | $1,237.50 | $0.00 | $0.00 |
| Group Term Life | No | $6.22 | $72.74 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $110.00 | $0.00 | $0.00 |
| Vision | Yes | $7.46 | $82.06 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $80.65 | $1,164.18 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $490.73 | $8,176.25 |
| Employee Medicare | $76.31 | $1,108.90 |
| Social Security Employee Tax | $326.31 | $4,741.52 |
| MN State Income Tax | $240.64 | $3,648.08 |

| Paid Time Off | Net Pay Distribution |
|---|---|
| | |

| | Account Number | Account Type | Amount |
|---|---|---|---|
| | xxx2792 | Checking | $346.15 |
| | xxxxxx9534 | Checking | $3,577.72 |
| | Total | | $3,923.87 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,383.00 | $5,101.74 | $1,133.99 | $325.14 | $3,923.87 |
| YTD | $77,795.62 | $74,147.70 | $17,674.75 | $4,282.58 | $55,838.29 |

**Cordell Cordell**
A Domestic Litigation Firm
A Partner Men Can Count On

600 Kellwood Parkway
Suite 300
Chesterfield, MO 63017

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 04/20/2019 |
| Period End Date | 05/03/2019 |
| Pay Date | 05/10/2019 |
| Document | 16733 |
| Net Pay | $3,923.87 |

## Pay Details

| | | | |
|---|---|---|---|
| Andrew J Laufers | Employee Number 003043 | Pay Group Cordell Law, LLP | Federal Income Tax  M 6 |
| 18480 Country Squires Circle | SSN  XXX-XX-XXXX | Location  Edina, MN | MN State Income Tax (Residence)  M 6 |
| Prior Lake, MN 55372 | Job  Sr. Litigation Attorney | Office Code  040 - Edina | MN State Income Tax (Work)  M 6 |
| USA | Pay Rate  $67.2097 | Department  014 - Attorneys | |
| | Pay Frequency  Biweekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Billed Hr Bonus | 0.0000 | $0.0000 | $0.00 | $8,500.00 |
| Group Term Life | | | $6.22 | $60.30 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,551.00 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,175.50 |
| Regular Pay | 80.0000 | $67.2097 | $5,376.78 | $46,964.11 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $4,450.00 |
| Time Off | 0.0000 | $0.0000 | $0.00 | $4,218.71 |
| Vitality Award | 0.0000 | $0.0000 | $0.00 | $110.00 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $161.30 | $2,005.76 | $0.00 | $0.00 |
| 401k Loan | No | $37.66 | $376.60 | $0.00 | $0.00 |
| FSA - Medical | Yes | $112.50 | $1,012.50 | $0.00 | $0.00 |
| Group Term Life | No | $6.22 | $60.30 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $110.00 | $0.00 | $0.00 |
| Vision | Yes | $7.46 | $67.14 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $80.65 | $1,002.88 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $490.73 | $7,194.79 |
| Employee Medicare | $76.31 | $956.27 |
| Social Security Employee Tax | $326.31 | $4,088.90 |
| MN State Income Tax | $240.64 | $3,166.80 |

## Paid Time Off

## Net Pay Distribution

| | Account Number | Account Type | Amount |
|---|---|---|---|
| | xxx2792 | Checking | $346.15 |
| | xxxxxx9534 | Checking | $3,577.72 |
| | Total | | $3,923.87 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| Current | $5,383.00 | $5,101.74 | $1,133.99 | $325.14 | $3,923.87 |
| YTD | $67,029.62 | $63,944.22 | $15,406.76 | $3,632.30 | $47,990.56 |

**Cordell** Cordell
A Domestic Litigation Firm
A Partner Men Can Count On

600 Kellwood Parkway
Suite 300
Chesterfield, MO 63017

| Pay Statement | |
|---|---|
| Period Start Date | 05/04/2019 |
| Period End Date | 05/17/2019 |
| Pay Date | 05/24/2019 |
| Document | 16962 |
| Net Pay | $3,923.86 |

## Pay Details

| | | | |
|---|---|---|---|
| Andrew J Laufers | Employee Number | 003043 | Pay Group Cordell Law, LLP |
| 18480 Country Squires Circle | SSN | XXX-XX-XXXX | Location Edina, MN |
| Prior Lake, MN 55372 | Job | Sr. Litigation Attorney | Office Code 040 - Edina |
| USA | Pay Rate | $67.2097 | Department 014 - Attorneys |
| | Pay Frequency | Biweekly | |

| | |
|---|---|
| Federal Income Tax | M 6 |
| MN State Income Tax (Residence) | M 6 |
| MN State Income Tax (Work) | M 6 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Billed Hr Bonus | 0.0000 | $0.0000 | $0.00 | $8,500.00 |
| Group Term Life | | | $6.22 | $66.52 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,551.00 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,175.50 |
| Regular Pay | 80.0000 | $67.2097 | $5,376.78 | $52,340.89 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $4,450.00 |
| Time Off | 0.0000 | $0.0000 | $0.00 | $4,218.71 |
| Vitality Award | 0.0000 | $0.0000 | $0.00 | $110.00 |

Total Hours  80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $161.30 | $2,167.06 | $0.00 | $0.00 |
| 401k Loan | No | $37.66 | $414.26 | $0.00 | $0.00 |
| FSA - Medical | Yes | $112.50 | $1,125.00 | $0.00 | $0.00 |
| Group Term Life | No | $6.22 | $66.52 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $110.00 | $0.00 | $0.00 |
| Vision | Yes | $7.46 | $74.60 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $80.65 | $1,083.53 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $490.73 | $7,685.52 |
| Employee Medicare | $76.32 | $1,032.59 |
| Social Security Employee Tax | $326.31 | $4,415.21 |
| MN State Income Tax | $240.64 | $3,407.44 |

| Paid Time Off | Net Pay Distribution |
|---|---|
| | |