UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

ANDREW LAUFERS and NAOMI LAUFERS
    Debtors

19-31907
Chapter 13

NOTICE OF PRE-CONFIRMATION CHAPTER 13
MODIFICATION OF PLAN

To: Jasmine Keller, Chapter 13 Trustee, and all parties in interest:

    PLEASE TAKE NOTICE THAT on November 14, 2019, at 10:30 A.M., before the Honorable Katherine A. Constantine, United States Courthouse, 316 N. Robert, Courtroom 2C, St. Paul, MN 55101, the Court will hold a hearing on the proposed modified plan of the above-named debtors. A copy of the modified plan is attached.

Dated:9/27/2019          Barbara J. May
                                   Barbara J. May
                                   2780 N. Snelling Suite 300
                                   Roseville, MN 55113
                                   651-486-8887
                                   Attorney ID 129689

Local Form 3015-1 (12/17)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

| | | | |
|---|---|---|---|
| In re: | **ANDREW LAUFERS** | Case No. | **19-31907** |
| | **NAOMI LAUFERS** | CHAPTER 13 PLAN ☐ Modified | |
| Debtor. | | Dated: | **5/7/2019** |

*In a joint case, debtor means debtors in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE:** Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:

| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 17 | ☒ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a security interest or lien, set out in Part 17 | ☐ Included | ☒ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 17 | ☒ Included | ☐ Not Included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE:**

| 2.1 | As of the date of this plan, the debtor has paid the trustee _____**$0.00**_____. |
|---|---|
| 2.2 | After the date of this plan, the debtor will pay the trustee  **$1,400.00 / $1,481.00 / $2,131.00** per month for **49 / 3 / 8** months beginning in _____ (mo.) of _____ (yr.) for a total of ____**$90,091.00**____. The initial plan payment is due not later than 30 days after the order for relief. |
| 2.3 | The minimum plan length is ☐ 36 months **or** ☒ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time. |
| 2.4 | The debtor will also pay the trustee |
| 2.5 | The debtor will pay the trustee a total of ____**$90,091.00**____ [lines 2.1 + 2.2 + 2.4]. |

**Part 3. PAYMENTS BY TRUSTEE:**
The Trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or ____**$9,009.10**____ [line 2.5 x .10]

**Part 4. ADEQUATE PROTECTION PAYMENTS (§ 1326(a)(1)(C)):**
The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| | Creditor | Monthly payment | Number of payments | Total payments |
|---|---|---|---|---|
| | TOTAL | | | $0.00 |

Local Form 3015-1 (12/17)

### Part 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):

The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 8.

| | Creditor | Description of Property |
|---|---|---|
| | | |

### Part 6. CLAIMS NOT IN DEFAULT:

Payments on the following claims are current and the debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of property |
|---|---|---|
| | | |

### Part 7. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) AND 1322(e)):

The trustee will cure payment defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

| | Creditor | Amount of default | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 7.1 | **CARRINGTON MORTGAGE SERVICES** | $5,143.09 | $84.36 | 10 | 1 | $5,143.09 |
| | | | $177.15 | 11 | 24 | |
| | | | $101.24 | 35 | 1 | |
| | | | $92.82 | 36 | 1 | |
| | | | $92.51 | 37 | 1 | |
| | | | $92.20 | 38 | 1 | |
| | | | $91.88 | 39 | 1 | |
| | | | $91.58 | 40 | 1 | |
| | | | $91.27 | 41 | 1 | |
| | | | $90.97 | 42 | 1 | |
| | | | $62.66 | 43 | 1 | |
| | TOTAL | | | | | **$5,143.09** |

### Part 8. CLAIMS IN DEFAULT (§§ 1322(b)(3) AND (5) AND § 1322(e)):

The trustee will cure payment defaults on the following claims as set forth below. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| | Creditor | Amount of default | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|---|
| | TOTAL | | | | | | **$0.00** |

Local Form 3015-1 (12/17)

**Part 9. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)) (secured claim amounts in this Part control over any contrary amounts except for secured claims of governmental units):**
The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column below.  Unless otherwise specified in Part 17, the creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge, and if this case is dismissed or converted without completion of the plan, such liens shall also be retained by such holders to the extent recognized by applicable nonbankruptcy law.  **Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in this Part as a creditor's secured claim binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim.**  For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount.

|  | Creditor / Claim amount | Secured claim | Int. rate | Beginning in month # | Monthly payment | x Num of pmts. | = Plan pmts. | + Adq. Pro. from Part 4 | Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 9.1 | **ROGERS AND HOLLANDS** | | | | | | | | |
|  | $3,779.61 | $2,500.00 | 4.00% | 35 | $299.11 | 1 | $299.11 | | $2,845.47 |
|  | | | 4.00% | 36 | $331.11 | 1 | $331.11 | | |
|  | | | 4.00% | 37 | $331.10 | 1 | $331.10 | | |
|  | | | 4.00% | 38 | $331.09 | 1 | $331.09 | | |
|  | | | 4.00% | 39 | $331.08 | 1 | $331.08 | | |
|  | | | 4.00% | 40 | $331.07 | 1 | $331.07 | | |
|  | | | 4.00% | 41 | $331.06 | 1 | $331.06 | | |
|  | | | 4.00% | 42 | $331.05 | 1 | $331.05 | | |
|  | | | 4.00% | 43 | $228.80 | 1 | $228.80 | | |
| 9.2 | **SANTANDER** | | | | | | | | |
|  | $19,584.69 | $19,584.69 | 4.50% | 10 | $332.04 | 1 | $332.04 | | $21,549.79 |
|  | | | 4.50% | 11 | $697.29 | 24 | $16,734.96 | | |
|  | | | 4.50% | 35 | $530.72 | 1 | $530.72 | | |
|  | | | 4.50% | 36 | $513.19 | 1 | $513.19 | | |
|  | | | 4.50% | 37 | $513.38 | 1 | $513.38 | | |
|  | | | 4.50% | 38 | $513.58 | 1 | $513.58 | | |
|  | | | 4.50% | 39 | $513.78 | 1 | $513.78 | | |
|  | | | 4.50% | 40 | $513.97 | 1 | $513.97 | | |
|  | | | 4.50% | 41 | $514.17 | 1 | $514.17 | | |
|  | | | 4.50% | 42 | $514.36 | 1 | $514.36 | | |
|  | | | 4.50% | 43 | $355.64 | 1 | $355.64 | | |
| 9.3 | **WELLS FARGO DEALER SERVICES** | | | | | | | | |
|  | $11,120.29 | $11,120.29 | 4.50% | 10 | $183.60 | 1 | $183.60 | | $12,252.51 |
|  | | | 4.50% | 11 | $385.56 | 24 | $9,253.44 | | |
|  | | | 4.50% | 35 | $328.93 | 1 | $328.93 | | |
|  | | | 4.50% | 36 | $322.88 | 1 | $322.88 | | |
|  | | | 4.50% | 37 | $323.01 | 1 | $323.01 | | |
|  | | | 4.50% | 38 | $323.13 | 1 | $323.13 | | |
|  | | | 4.50% | 39 | $323.26 | 1 | $323.26 | | |
|  | | | 4.50% | 40 | $323.38 | 1 | $323.38 | | |
|  | | | 4.50% | 41 | $323.50 | 1 | $323.50 | | |
|  | | | 4.50% | 42 | $323.62 | 1 | $323.62 | | |
|  | | | 4.50% | 43 | $223.76 | 1 | $223.76 | | |
|  | TOTAL | | | | | | | | **$36,647.77** |

Local Form 3015-1 (12/17)

**Part 10. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value) (allowed secured claim controls over any contrary amount):**

The trustee will pay in full the amount of the following allowed secured claims. **All following entries are estimates, except for interest rate.** The creditors will retain liens. Unmodified 910 claims not in default are addressed in Part 6. Unmodified 910 claims in default are addressed in Part 8.

| Creditor | Claim amount | Int. rate | Beginning in month # | x Monthly payment | Num of pmts | = Plan payments | + Adq. Pro. from Part 4 | Total payments |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | $0.00 |

**Part 11. PRIORITY CLAIMS (not including claims under Part 12):**

The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly payment | Beginning in month # | x Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 11.1 | BARBARA J MAY | $12,000.00 | $1,260.00 | 1 | 9 | $12,000.00 |
| | | | $660.00 | 10 | 1 | |
| | TOTAL | | | | | $12,000.00 |

**Part 12. DOMESTIC SUPPORT OBLIGATION CLAIMS:**

The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly payment | Beginning in month # | x Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 12.1 | JOANNE MARIE LAUFERS | $0.00 | | | | $0.00 |
| | TOTAL | | | | | $0.00 |

**Part 13. SEPARATE CLASSES OF UNSECURED CLAIMS:**

In addition to the class of unsecured claims specified in Part 14, there shall be separate classes of non-priority unsecured claims described as follows: _____

The trustee will pay the allowed claims of the following creditors. **All entries below are estimates.**

| Creditor | Estimated claim | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | $0.00 |

**Part 14. TIMELY FILED UNSECURED CLAIMS:**

The trustee will pay holders of non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 7, 8, 9, 10, 11, 12 and 13 their pro rata share of approximately ____**$27,291.04**____ [line 2.5 minus totals in Parts 3, 7, 8, 9, 10, 11, 12 and 13].

| 14.1 | The debtor estimates that the total unsecured claims held by creditors listed in Part 9 are _____ **$1,279.61** |
|---|---|
| 14.2 | The debtor estimates that the debtor's total unsecured claims (excluding those in Parts 9 and 13) are ___ **$169,376.60** |
| 14.3 | Total estimated unsecured claims are _____ **$170,656.21** [lines 14.1 + 14.2] |

**Part 15. TARDILY-FILED UNSECURED CLAIMS:**

All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 4, 7, 8, 9, 10, 11, 12, 13 and 14, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed.

Case Number:   **19-31907**                                                       Page 4

Local Form 3015-1 (12/17)

**Part 16. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:**
The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays §§362(a) and §§1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| Creditor | Description of property (including complete legal description of real property) |
|---|---|
|  |  |

**Part 17. NONSTANDARD PROVISIONS:**
The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| 17.1 | **Bonuses and Tax Refunds**<br>**Employment Bonuses:** The debtor(s) shall provide the trustee with copies of any pay stubs that reflect a bonus, and shall surrender said bonus to trustee.<br>**The debtor(s) shall send the Trustee each year during the Chapter 13 Plan copies of her federal and state income tax returns at the time they are filed. The debtor(s) shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case. Individual debtors shall be entitled to retain the first $1,200 of refunds and married couple shall be entitled to retain the first $2,000 of refunds plus any earned income credit (EIC) plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment.**<br><br>**The trustee shall have discretion to allow the debtor(s) to keep more of any given tax refund if the situation warrants.** |
|---|---|

**SUMMARY OF PAYMENTS:**

| Class of payment | Amount to be paid |
|---|---:|
| Payments by trustee [Part 3] | **$9,009.10** |
| Home mortgages in default [Part 7] | **$5,143.09** |
| Claims in default [Part 8] | **$0.00** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 9] | **$36,647.77** |
| Secured claims excluded from § 506 [Part 10] | **$0.00** |
| Priority claims [Part 11] | **$12,000.00** |
| Domestic support obligation claims [Part 12] | **$0.00** |
| Separate classes of unsecured claims [Part 13] | **$0.00** |
| Timely filed unsecured claims [Part 14] | **$27,291.04** |
| TOTAL (must equal line 2.5) | **$90,091.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 17.

Signed:

/s/ BARBARA J MAY

Attorney for debtor or debtor if pro se

Debtor 1 signed:

/s/ ANDREW LAUFERS

Debtor 2 signed (if joint case):

/s/ NAOMI LAUFERS

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-31907 |
| ANDREW LAUFERS | § | |
| LAUFERS NAOMI | § | |
| | § | |
| Debtor(s). | § | |

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1   The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2   The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3   **[Individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4   I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5   My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6   **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date:   8/13/2019

x _____
Signature of Debtor 1 or Authorized
Representative

x _____
Signature of Debtor 2

ANDREW LAUFERS
Printed name of Debtor 1 or Authorized
Represntative

LAUFERS NAOMI
Printed Name of Debtor 2

STATE OF MINNESOTA            )
                              ) SS            Case No.: BKY 19-31907
COUNTY OF RAMSEY              )

Barbara J. May, being duly sworn upon oath, says that on the 27th day of September, 2019, she served via US Mail,

the modified plan

U.S. Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
100 South Fifth Street, Suite 480
Minneapolis, MN  55402

All creditors on attached matrix


   /e/ Barbara J. May

Barbara J. May

```
Label Matrix for local noticing          DUDLEY AND SMITH, P.A.              St Paul
0864-3                                   101 EAST FIFTH STREET               200 Warren E Burger Federal Building and
Case 19-31907                            SUITE 2602                          US Courthouse
District of Minnesota                    ST. PAUL, MN 55101-1896             316 N Robert St
St Paul                                                                      St Paul, MN 55101-1465
Tue Sep 10 12:17:43 CDT 2019

AES                                      ALLIED INTERSTATE                   ALLINA  MEDICAL TRANSPORTATION
PO BOX 8112                              435 FORD RD                         PO BOX 9382
HARRISBURG, PA  17105                    STE 800                             MPLS, MN 55440-9382
                                         PO BOX 1471
                                         MINNEAPOLIS MN 55440-1471

AMERICAN ACCOUNTS & ADVISERS, INC. (AAA) AMERICAN EXPRESS                    BARBARA J MAY
7460 80TH ST. S.                         CUSTOMER SERVICE &                  2780 N. SNELLING #300
COTTAGE GROVE, MN 55016-3007             BILLING INQUIRIES                   ROSEVILLE, MN 55113-7134
                                         PO BOX 981535
                                         EL PASO TX  79998-1535

BEST BUY                                 CAPITAL ONE                         CARRINGTON MORTGAGE SERVICES
HSBC RETAIL SERVICES                     PO BOX 30252                        PO BOX 5001
PO BOX 5238                              SALT LAKE CITY, UTAH 84130-0252     WESTFIELD, IND 46074-5001
CAROL STREAM, IL 60197-5238

CBCS                                     CHASE CARDMEMBER SERVICE            CHILDREN'S HEALTH CARE - MPLS
PO BOX 1838                              PO BOX 94014                        PO BOX 86
COLUMBUS, OH 43216-1838                  PALATINE, IL 60094-4014             SDS 121580
                                                                             MPLS, MN 55486-0086

CHILDREN'S HEALTH CARE - MPLS            CHILDRENS HOSPITAL                  CREDITOR ADVOCATES, INC
PO BOX 860609                            700 10TH AVE SO                     1551 SOUTHCROSS DR W
Mpls, MN 55486-0512                      MPLS, MN 55415-1745                 SUITE C
                                                                             BURNSVILLE, MN 55306-6938

Capital One Bank (USA), N.A.             Carrington Mortgage Services LLC    Carrington Mortgage Services, LLC
by American InfoSource as agent          1600 South Douglass Road            P.O. Box 3730
PO Box 71083                             Anaheim CA 92806-5951               Anaheim, CA 92803-3730
Charlotte, NC  28272-1083

Citibank, N.A.                           DICKS SPORTING GOODS                DISCOVER
701 East 60th Street North               GECRB/DSG                           PO BOX 30421
Sioux Falls, SD 57104-0493               PO BOX 530916                       SALT LAKE CITY UT 84130-0421
                                         ATLANTA, GA 30353-0916

DUDLEY AND SMITH                         Department Stores National Bank     Discover Bank
2602 US Bank Center                      c/o Quantum3 Group LLC              Discover Products Inc
101 East Fifth Street                    PO Box 657                          PO Box 3025
St. Paul, Minnesota 55101-1860           Kirkland, WA  98083-0657            New Albany, OH  43054-3025

GLOBAL CREDIT & COLLECTION CORP          JOANNE MARIE LAUFERS                JPMorgan Chase Bank, N.A.
PO BOX 101928                            1005 EMERALD COURT, #1              s/b/m/t Chase Bank USA, N.A.
DEPT 2417                                MARSHALL, MN  56258                 JPMC
BIRMINGHAM  AL 35210-6928                9 56258-4505                        c/o National Bankruptcy Services, LLC
                                                                             P.O. Box 9013
                                                                             Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| LAURA RAPP<br>144 CORTE ANITA<br>GREENBRAE, CALIFORNIA 94904-1106 | Laura Anne Rapp<br>144 Corte Anita<br>Greenbrae, CA 94904-1106 | MACYS<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON OH 45040-8053 |
| MEDIACOM<br>DEPT 0002<br>PALATINE, IL  6005-0002 | MENARDS/CAPITAL ONE RETAIL SERVICES<br>P.O. BOX 7680<br>CAROL STREAM, IL  60116-7680 | MINNESOTA VALLEY ELECTRIC<br>PO BOX 77024<br>MPLS, MN 55480-7724 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | NORDSTROM BANK<br>PO BOX 79134<br>PHOENIX, AZ 85062-9134 | OLD NATIONAL<br>110 N MAIN STREET<br>EVANSVILLE, MN 56326 |
| OLD NAVY<br>PO BOX 530993<br>ATLANTA, GA 30353-0993 | Old National Bank<br>PO Box 3475<br>Evansville, IN 47733-3475 | PARK NICOLLET<br>PO BOX 650<br>MINNEAPOLIS, MN 55440-0650 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RGS FINANCIAL<br>PO BOX 852039<br>RICHARDSON , TX 75085-2039 | ROGERS AND HOLLANDS<br>PO BOX 879<br>MATTESON, IL 60443-0879 |
| SANTANDER<br>PO BOX 961245<br>FORT WORTH, TEXAS 76161-0244 | SYNCHRONY BANK<br>ATT'N.: BANKRUPTCY DEP'T.<br>P.O. BOX 965064<br>ORLANDO, FL 32896-5064 | Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| SoFi Lending Corp<br>One Letterman Dr Bldg A Ste 4700<br>San Francisco, CA 94129-1512 | SoFi Lending Corp Personal Loans<br>PO Box 654158<br>Dallas, TX 75265-4158 | THRIVENT<br>625 Fourth Ave. S.<br>Minneapolis, MN 55415-1665 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | Verizon<br>by American InfoSource<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA 92799-5341 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | XCEL ENERGY<br>PO BOX 9477<br>MPLS, MN 55484-0001 |
| ANDREW LAUFERS<br>18480 COUNTRY SQUIRES CIR<br>PRIOR LAKE, MN 55372-2871 | Barbara J May<br>Barbara J May Attorney at Law<br>2780 Snelling Ave N<br>Ste 300<br>Roseville, MN 55113-7134 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1250 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates LLC         (d)Portfolio Recovery Associates, LLC       (d)Portfolio Recovery Associates, LLC
PO Box 41067                              c/o Dicks Sporting Goods                    c/o Old Navy
Norfolk VA 23541                          POB 12914                                   POB 12914
                                          Norfolk VA 23541                            Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Carrington Mortgage Services, LLC      End of Label Matrix
                                          Mailable recipients    60
                                          Bypassed recipients     1
                                          Total                  61